UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

MARCUS RAY ROWLAND,

    Petitioner,

v.

C. PFEIFFER,

    Respondent.

Case No. 5:23-cv-02541-SB-JC

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition") and all related records, including the June 23, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation"). The time for filing objections to the Report and Recommendation has passed, and no objections have been received. The Court approves and accepts the Report and Recommendation. The Petition is denied, the Petition and this action are dismissed with prejudice, and Judgment shall be entered accordingly.

Date: August 15, 2025

                                                Stanley Blumenfeld, Jr.
                                                United States District Judge