JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCUS RAY ROWLAND,<br><br>    Petitioner,<br><br>v.<br><br>C. PFEIFFER,<br><br>    Respondent. | Case No. 5:23-cv-02541-SB-JC<br><br>JUDGMENT |

    Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge, the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition") is denied and the Petition and this action are dismissed with prejudice.

Date: August 15, 2025

                                            Stanley Blumenfeld, Jr.
                                    United States District Judge